FILED IN OPEN COURT
U.S.D.C. Atlanta

APR 18 2023

Kevin P. Weimer, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>AUGUSTUS CLAUDIUS ROMAIN | Criminal Action No.<br>1:23-MJ-377-SMS |

### Government's Motion for Detention

The United States of America, by counsel, Ryan K. Buchanan, United States Attorney, and Matthew S. Carrico, Assistant United States Attorney for the Northern District of Georgia, moves for detention under 18 U.S.C. §§ 3142(e) and (f).

**1.    Eligibility of Case**

This case is eligible for a detention order because this case involves:

A serious risk that the defendant will flee;

A serious risk that the defendant will obstruct or attempt to obstruct justice.

**2.    Reason for Detention**

The Court should detain defendant because there are no conditions of release that will reasonably assure the appearance of the person as required and the safety of any other person and the community.

**3. Rebuttable Presumption**

The United States will not invoke the rebuttable presumption that no condition or combination of conditions will reasonably assure the appearance of the

## Certificate of Service

I served this document today by handing a copy to defense counsel:

Defense Counsel

April 18, 2023

/s/ GREGORY RADICS
GREGORY RADICS
Assistant U.S. Attorney