

## U.S. Department of Justice
United States Attorney
Northern District of Georgia

*Richard Russell Federal Building*  *Telephone: (404) 581-6000*
*75 Ted Turner Drive S.W.*  *Fax: (404) 581-6181*
*Suite 600*
*Atlanta, Georgia 30303*

April 21, 2023

Kevin P. Weimer
Clerk of the Court
2212 U.S. Courthouse
75 Ted Turner Dr S.W.
Atlanta, GA 30303

      Re:    United States v. Augustus C. Romain Jr.
                Criminal Action No. 1:23-CR-377-CMS
                Substitution of Counsel

Dear Mr. Weimer:

      This is to notify you that the above-styled case has been transferred from Gregory Radics to AUSA Matthew Carrico, telephone number 404-581-4633. I request papers and pleadings in this action be served upon me as counsel of record for the United States from this date forward.

      Sincerely,

      RYAN K. BUCHANAN
      *United States Attorney*

      /S/MATTHEW CARRICO
      *Assistant United States Attorney*

cc:    Courtroom Deputy
       Criminal Docketing