UNITED STATES MAGISTRATE COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN OPEN COURT
U.S.D.C. Atlanta

APR 21 2023

Kevin P. Weimer, Clerk
By _____ Deputy Clerk

UNITED STATES OF AMERICA

V.

AUGUSTUS C. ROMAIN, JR.,
a/k/a "Gazi Kodzo"

DETENTION HEARING RE:
MIDDLE DISTRICT OF FLORIDA
CASE NO. 8:22-CR-259-WFJ-AEP
18 U.S.C. § 371
18 U.S.C. § 951

1:23-mj-377

## NOTICE OF LIMITED ENTRY OF APPEARANCE

**COMES NOW, EMILY C. GROSS,** and files this, her notice of limited entry of appearance on behalf of the above-named defendant, Augustus C. Romain, Jr. Said appearance being for the specific limited purpose of appearing on defendant's behalf in the Northern District of Georgia, Magistrate Court for a detention hearing scheduled for Friday, the 21st day of April, 2023 before the Honorable Judge Salinas.

This the 20th day of April, 2023.

_____
Emily C. Gross, Attorney
Georgia Bar No.: 313495

The Law Office of LaZanea M. Holley, LLC
Suite 115
4046 Sharpsburg McCollum Rd.
Newnan, Georgia 30265
770-755-6620