**MAGISTRATE'S CRIMINAL MINUTES**
**REMOVALS (RULE 5 & 5.1)**

FILED IN OPEN COURT

DATE: 4/21/23 @ 10:17

MAGISTRATE CATHERINE M. SALINAS

TAPE: FTR   TIME IN COURT: 24 mins

ANGELA SMITH DEPUTY CLERK

CASE NUMBER 1:23-mj-377   DEFENDANT'S NAME Augustus C. Romain, Jr.

AUSA Matt Carvico   DEFENDANT'S ATTY Emily Gross

USPO Skyra Watson

Type Counsel (circle) (Retained)  CJA   FDP

_____ Interpreter

___ Initial appearance hearing held.
___ Defendant informed of rights.
___ ORDER appointing Federal Defender Program attorney for defendant.
___ ORDER appointing _____ attorney for defendant.
___ ORDER defendant shall pay attorney's fees as follows: _____

___ Defendant WAIVES removal hearing (as to identity only). ___ WAIVER FILED.
___ Defendant WAIVES preliminary hearing (___ In this district only). ___ WAIVER FILED.
___ Removal hearing set/reset/cont to _____ @ _____
___ Removal hearing HELD. ___ Probable Cause found. Defendant held for removal.
___ Defendant identified as named defendant in allegations. Defendant held for removal to other district.
✓ Defendant ordered removed to other district.
✓ Commitment issued 4/21/23

### BOND/PRETRIAL DETENTION HEARING

___ Government motion for detention filed. Hearing set for _____ @ _____
___ BOND/PRETRIAL DETENTION HEARING HELD ✓ Requested in charging district.
___ Government's motion for detention ___ GRANTED ___ DENIED
___ Pretrial detention ORDERED. (Written order to follow ___).
___ BOND SET at $_____
  ___ NON-SURETY
  ___ SURETY/CASH: ___ Property Acceptable: ___ Corporate Surety Only
  ___ Combination: _____
___ SPECIAL CONDITIONS: _____

___ BOND FILED. Defendant RELEASED.
___ BOND NOT EXECUTED. DEFENDANT TO REMAIN IN MARSHAL'S CUSTODY.
___ SEE PAGE 2